IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL F. MORA,

    Plaintiff,                            CV F 05 0630 LJO WMW P

    vs.                                   ORDER RE: FINDINGS & RECOMMENDATIONS (#12)

JEANNE WOODFORD, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On February 8, 2007, findings and recommendations were entered, recommending dismissal without prejudice on Plaintiff's motion. Plaintiff was provided an opportunity to file objections within thirty days.  Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on February 8, 2007, are adopted in full; and

2. This action is dismissed without prejudice on Plaintiff's motion. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 12, 2007**             /s/ Lawrence J. O'Neill
b9ed48                                   UNITED STATES DISTRICT JUDGE

2